# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MARIA BANUELOS-GASTELO, an individual; JOSE LUIS BANUELOS, an individual,

Plaintiffs,

vs.

FOREMOST TRANSPORT, INC., a Foreign For-Profit Corporation; BRYAN STECKLEY, an individual; DOE OWNER, IV; DOE DRIVER, I-V; ROE EMPLOYER, and ROE COMPANIES, inclusive,

Defendants.

Case No. 2:25-cv-01682-ART-MDC

**ORDER GRANTING**

**STIPULATION TO DISMISS WITH PREJUDICE**

## ORDER TO DISMISS WITH PREJUDICE

Plaintiffs MARIA BANUELOS-GASTELO and JOSE LUIS BANUELOS (hereinafter "Plaintiffs"), by and through their counsel of record, Gina M. Corena, Esq., and Kristie L. Fischer, Esq., of Gina Corena & Associates, and Defendants FOREMOST TRANSPORT, INC. and BRYAN STECKLEY (hereinafter "Defendants"), by and through their counsel of record, Melissa Ingleby, Esq., and Henok Y. Gebrai, Esq., of the law firm of Bremer, Whyte, Brown & O'Meara, LLP, and **hereby stipulate and agree to the DISMISSAL WITH PREJUDICE** of all claims for relief asserted in the Complaint in Case No. 2:25-cv-01682.

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1661.004  4914-6356-7021.1

Each party further agrees to bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED this 1st day of June 2026

DATED this 1st day of June 2026

**GINA CORENA & ASSOCIATES**

**BREMER WHYTE BROWN & O'MEARA**

*/s/  Kristie L. Fischer*
**GINA M. CORENA, ESQ.**
Nevada Bar No. 10330
**KRISTIE L. FISCHER, ESQ.**
Nevada Bar No. 11693
*Attorneys for Plaintiffs,*
*Maria Banuelos-Gastelo and*
*Jose Luis Banuelos*

*/s/ Henok Y. Gebrai*
**MELISSA INGLEBY, ESQ**.
Nevada Bar No. 12935
**HENOK Y. GEBRAI, ESQ.**
Nevada Bar No. 16866
*Attorneys for Defendants,*
*Bryan Steckley and*
*Foremost Transport, Inc.*

*Banuelos v. Foremost Transport, Inc.*
*Case No. 2:25-cv-01682*
*Stipulation and Order to Dismiss*
*with Prejudice*

## **ORDER**

Based upon the stipulation of the parties and with good cause appearing, **IT IS HEREBY ORDERED** that **this case is dismissed with prejudice**, with each party to bear its own costs and fees. **The Clerk of Court is directed to CLOSE THIS CASE.**

_____
Anne R. Traum
United States District Judge

Dated: June 3, 2026

Respectfully submitted,

BREMER WHYTE BROWN & O'MEARA LLP

By: */s/ Henok Y. Gebrai*
    **MELISSA INGLEBY, ESQ.**
    Nevada Bar No. 12935
    **HENOK Y. GEBRAI, ESQ.**
    Nevada Bar No. 16866
    *Attorneys for Defendants,*
    *Bryan Steckley and Foremost*
    *Transport, Inc.*

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

2

1661.004  4914-6356-7021.1